**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James C. HAYES, Defendant–**
**Appellant.**

**No. 08–30160.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 4, 2009.*

Filed Aug. 10, 2009.

Karen Loeffler, Assistant U.S., Office of the U.S. Attorney, Anchorage, AK, for Plaintiff–Appellee.

John Michael Murtagh, Anchorage, AK, for Defendant–Appellant.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: FARRIS, THOMPSON and RAWLINSON, Circuit Judges.

MEMORANDUM **

Appellant James C. Hayes (Hayes) appeals the district court's denial of his pretrial motion to continue his trial until after his wife and alleged co-conspirator Murilda "Chris" Hayes (Mrs. Hayes) was sentenced.

The district court did not abuse its discretion in denying Hayes's motion for a continuance. Although the motion identified Mrs. Hayes as the proposed witness, it did not indicate "what [her] testimony would be, that the testimony w[ould] be competent and relevant, [and] that [she could] probably be obtained if the continuance [was] granted . . ." *United States v. Smith,* 790 F.2d 789, 796 (9th Cir.1986) (citation omitted).

Hayes was required to "show at a minimum that he ha[d] suffered prejudice as a result of the denial of his request." *United States v. Flynt,* 756 F.2d 1352, 1359 (9th Cir.1985), *as amended,* 764 F.2d 675 (9th Cir.1985) (citations omitted). However, since he never established "the substance of [Mrs. Hayes's] testimony," *United States v. Gonzalez–Rincon,* 36 F.3d 859, 865 (9th Cir.1994), reversal is not warranted. *See United States v. Mejia,* 69 F.3d 309, 317 (9th Cir.1995) ("Reversal is not required . . . where the complaining party is unable to explain how the denial of a

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

continuance affected his ability to present his case.").

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-